PRISONER CASE

R

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** WILLIAM WALLS

**Defendant(s):** TERRY WILLIAMS, etc., et al.

**County of Residence:** SCHUYLER

**County of Residence:**

**Plaintiff's Address:**
William Walls
#85292
Rushville - DHS
R.R. #1, Box 6A
Rushville, IL 62681

**Defendant's Attorney:**

FILED
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

07CV6828
JUDGE HOLDERMAN
MAG. JUDGE MASON

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** Q. E. Woodham   **Date:** 12/04/2007

Holderman   07C 2061
Mason