**FILED**
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

WILLIAM WALLS
_____
Plaintiff

v.

IDHS-TDF, CAPT TERRY WILLIAMS,
et al. Defendant(s)

07CV6828
JUDGE HOLDERMAN
MAG. JUDGE MASON

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, WILLIAM WALLS _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒Yes     ☐No  (If "No," go to Question 2)
   I.D. # 852962 _____ Name of prison or jail: ILLINOIS DEPARTMENT OF HUMANSERVICE, TREATMENT AND DETENTION FACILITY.
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: 12-points

2. Are you currently employed?     ☐Yes     ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: July 12, 1992.
      Monthly salary or wages: $ 7.35
      Name and address of last employer: Sonoco-inc.

   b. Are you married?     ☐Yes     ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                ☐Yes     ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                      ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                         ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
~~None~~_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-29-07

_____
Signature of Applicant

William Walls
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, William Walls, I.D.# 852 982, has the sum of $46.67 on account to his/her credit at (name of institution) DHS - Treatment Facility. I further certify that the applicant has the following securities to his/her credit: $46.67. I further certify that during the past six months the applicant's average monthly deposit was $47.77.
(Add all deposits from all sources and then divide by number of months).

11-1-07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Cindy A. Shelts
(Print name)

rev. 7/18/02

```
REPORT ID: QATF421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                         PAGE: 1313
DATE PRODUCED: 07/03/2007                       AS OF 06/30/2007

DEPT: 462  FAC: 41 TREATMENT & DETENTION FA     FUND: 1143                    * INDICATES MONEY ON HOLD
                                                                                DOCUMENTS LISTED IN
                                                                                ORDER OF ENTRY

ACCT NO/      DOC         TRAN   DOC        CR         DR         CR                              SOURCE/
CHECK         DATE        CODE   NUMBER     AMOUNT     BALANCE    BALANCE     DESCRIPTION         PURPOSE

WALLS,        WILLIAM            852982
200 R01       03/31/2007         BEGIN QTLY BAL                      .00      BEGINNING BALANCE
200 R01       06/30/2007         END QTLY BAL                        .00      ENDING BALANCE

WALLS,        WILLIAM            852982
200 001       03/31/2007         BEGIN QTLY BAL         1.04        1.04      BEGINNING BALANCE
200 001       06/30/2007         END QTLY BAL           1.04        1.04      ENDING BALANCE

WALLS,        WILLIAM            852982
200 005       03/31/2007         BEGIN QTLY BAL                      .00      BEGINNING BALANCE
200 005       06/30/2007         END QTLY BAL                        .00      ENDING BALANCE

WALLS,        WILLIAM            852982                                        1.04  RECIPIENTS TOTAL END BAL

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT
```

(Exhibit 1)

```
REPORT ID: OATF421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                              PAGE:  1360
DATE PRODUCED: 10/04/2007                       AS OF 09/30/2007
                                                                                                 * INDICATES MONEY ON HOLD
DEPT.: 462  FAC.: 41 TREATMENT & DETENTION F.A.     FUND.: 1143                                    DOCUMENTS LISTED IN
                                                                                                       ORDER OF ENTRY

ACCT NO/       DOC         TRAN   DOC                            DR       CR       DR        CR           SOURCE/
 CHECK         DATE        CODE   NUMBER                       AMOUNT   AMOUNT   BALANCE   BALANCE    DESCRIPTION  PURPOSE

WALLS,                WILLIAM            852982
200 R01    06/30/2007 BEGIN QTLY BAL                                                          .00    BEGINNING BALANCE
200 R01    09/30/2007 END QTLY BAL                                                            .00    ENDING BALANCE

WALLS,                WILLIAM            852982
200 OO1    06/30/2007 BEGIN QTLY BAL                                     1.04                1.04    BEGINNING BALANCE
           08/24/2007 RE           046313                                5.86                        PINCKEYVILLE COD.    MI
200 OO1    09/30/2007 END QTLY BAL                                       6.90                6.90    ENDING BALANCE

WALLS,                WILLIAM            852982
200 OO5    06/30/2007 BEGIN QTLY BAL                                                          .00    BEGINNING BALANCE
200 OO5    09/30/2007 END QTLY BAL                                                            .00    ENDING BALANCE

WALLS,                WILLIAM            852982                                              6.90    RECIPIENTS TOTAL END BAL


SOURCE/PURPOSE LEGEND:
CL-CLOTHING, CM-COMMISSIONARY, CA-CIVIL SERVICE, ANNUITY, IT-INTEREST, MI-MISCELLANEOUS, PN-PERSONAL NEEDS, RB-REIMBURSEMENTS, RR-RAILROAD
SS-SOCIAL SECURITY, SI-SUPPLEMENTAL SS, TG-TAX GRANT, VA-VETERANS, WC-WORKSHOP
TRAN CODES: TF-TRANSFER, DR-DEBIT, CR-CREDIT, RE-RECEIPT, DB-DISBURSEMENTS, DM-DEBIT
```

(Exhibit 3)