MWK

5
12-5-07

To: Micheal Dobbins
Clerk of the United States
District Court. Prisoner Corresp-
-ondences.

From: William Walls
R.R. 1# Box 6-A
Rushville, Ill. 62681.
ODHS-TDF

07C6828

FILED
DEC 13 2007
12-13-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On 11-29-07 I mail to your office (14). copys of my new federal complaint. Also, included was a Motion for forma. Pauperis and appointment of counsel. The plaintiff has (10). defendants. on one of the copys provided there was a request to stamp file and return. With this le-tter (Exhibit.1), the plaintiff will provide a copy of his photo copy mailed. Please resp--ond.

William Walls 12-5-07

(Exhibit)

To: Prisoner Correspondences
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604
(Complaint)(Attaching Paperworks) and - Appointment to counsel

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

7006 2150 0002 9522 2966

Sent To: Prisoner Correspondences of IL, Northern District
Street, Apt. No.; or PO Box No. 219 South Dearborn Street
City, State, ZIP+4: Chicago, IL 60604

11/28/07