CH

To: Micheal Dobbins
Clerk of the United States
District Court. Prisoners Corr-
-espondence office

12-30-07

**FILED**
JAN 0 3 2008
Jan 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: 07-C-6828

Mr. Dobbins,

Here and now, at the WDHS-TDF, the plain-
-tiff's is suffering great physical and me-
-ntal injurys. This behavior is being display-
-ed in order to vindictive prosecute the
plaintiff. So's here are aware of the fact
that the plaintiff has filed a motion to
be released on his own recognizance's and
a motion to dismiss the state's petition
due to vindictive prosecution in his S.V.P
act proceeding. Case no. 03-CR-80002. The motion
to dismiss is set for a hearing in which the
plaintiff has requested to subpeona witnesse's
to support his motion. Sence this complaint is
also in reference to the boycott of vindictive
prosecution. And the witnesses all being po-
-sted employees of the WDHS-TDF, the plainti-
-ff will also admit there names here to be
called as witnesses to this complaint.
1). Martha Hamilton
2). Moffet Jacqueline         1-07-3.

3) Waddell Zakita
4) Mcdonald Annette
5) Hughes Aguenetta
6) Zakaithiea Johnson
7) Curry Jerry
8) Park Mary
9) Ury Donna
10) Tyler Williams
11) Chandler Tasha
12) Executive two Mr. Trieble

These are all ex. employees of the IDHS-TDF and all have knowledge to the issues of this pending law suit. The plaintiff would also like to submit there names here to be called as witnesses in support of this complaint. The plaintiff has an up and coming court date 1.10.08 in which he will show an appearances for the motion to be dismiss and released. Case no. 03-CR-80002. As a result, here and now at the IDHS-TDF, the plaintiff is suffering physical and mental injurys. The IDHS-TDF knows the only way to commit the plaintiff is threw the use of physical and mental injurys to force the plaintiff to commit his-self. The plaintiff has already clearly displayed that the S.V.P act petition filed against him was vindictive and a malicious attempt to have him committed with the use of juvenile records that's in violation of state laws.        2. of 3

As a result the plaintiff is suffering irreparable physical and mental harm which has placed his life in danger. The SDHS-TDH declares that they don't care if the plaintiff sue. Because being the plaintiff hardships will;

1) Circumvent punitive damages because the state of Illinois won't be able to afford to pay it.

2) Achieve the goal of the boycott of vindictive prosecution.

3) We'll get away as long as we continue to do it in a organize fashion.

Re: 07·C·6828

Please send a letter of acknowledge that you have recieved this letter.

12·30·07

3·07·3.