

To: Micheal Dobbins
Clerk, of the United
States District Court
219 S. Dearborn St.
Chicago, Ill. 60604.
Prisoners Correspondence

1-21-08

**FILED**

JAN 2 5 2008 aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT       JAN 2 5 2008

Judge Holderman

Case no. 07-C-6828

Again, Mr. Dobbins,

Please respond to letter, this is my second attempt with this specific letter. Please read the following below:

Here and now at the STATES-TDF, the plaintiff is suffering great physical and mental hardships. This behavior is being displayed for the very same issues writing in this complaint. Vindictive prosecution to stop the plaintiff release and to bring death to the plaintiff to erase the cost of malicious prosecution. Case no. 92-CR-16471 and Case no. 03-CR-80062. Right now, the plaintiff is suffering irreputable harm as a result of the issues of this complaint. The plaintiff has a complete copy of both cases that he would like to submit to the court as evidence's. Case no. 92-CR-16471 and Case no. 03-CR-80062.

1 of 2.

The plaintiff also have witnesses that he would like to submit. Mr. Dobbins, I must say, that the c/o's at this facility were given an order by the state's attorneys that's involved. And as a result, c/o's believes that they're correct for participating in this behavior and have no intentions of stopping because they've been instructed to do so. This put my life in grave danger and also deprive me of my freedom. Must I submit the evidence's now of both cases or wait for a minute order. Meanwhile, they're paying close attention to my legal activitys and making me suffer while I'm waiting. Please respond atleast to the statues of this proceeding and please accept knowledge of the evidence I would like to submit.

William Walls
IDHS-TDF
R.R. #1, Box. 6A
Rushville, Illinois.
62681.