IN THE
UNITED STATES DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR - 4 2008
Apr 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM WALLS, )
PLAINTIFF (s), )
) HONORABLE JUDGE JAMES F. HOLDERMAN
)
V. ) CASE NO. 07-C-6828
)
TERRY WILLIAMS, et al. )

### NOTICE OF APPEAL

Now comes, the plaintiff, William Walls, pro-se is hereby given notice, that the plaintiff's hereby would like to appeal to the United States Court of Appeals for the Seventh Circuit Court. As a result of the final judgement entered on the plaintiff's civil rights act complaint, titled 42- 1983, entered on March 14, 2008. The Prisoner Litigation Reform Act accordingly does not apply to him. The plaintiff's is detained at the IDHS-TDF, and does not have the means to pay for Court Cost. The plaintiff is a poor-person, who seeks access to the courts.

U.S.C.A.— 7th Circuit
RECEIVED
APR - 4 2008 EF
GINO J. AGNELLO
CLERK

That I, William Walls, swears under oath that the forgoing is true and correct.

WILLIAM WALLS,     3.26.08
IDHS-TDF            Dated
R.R 1, Box 6A
RUSHVILLE, ILLINOIS. 62681.

1-of-1.