IN THE
UNITED STATES DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM WALLS,                )
PLAINTIFF        (s).         )
                              ) Honorable James F. Holderman
V.                            )
                              ) Case No. 07-C-6828
TERRY WILLIAMS, et al.        )
                              )
                              )
                              )

APPLICATION TO PROCEED AS A POOR PERSON

I, William Walls, pro-se swear upon oath and state;

That the Prisoner Litigation Reform Act accordingly does not apply to him. The plaintiff is Detained at IDHS-TDF.

(1). Plaintiff's Occupation or means of support.

(2) Plaintiff is employed as by none, by none.

(3). Source and amount of income expected by the plaintiff hereafter ;None.

(4). Persons dependent on applicant for support. None.

(5). Plaintiff owns (a) no real estate except: None,. and (b) personal property, which in the aggregate does not exceed, None, in value and consists of None, including a None, motor vehicle, None value at None .

(6). Applicant is unable to pay the costs of this case.

(7). Applicant has a meritorious claim and defense.


WILLIAM WALLS


I, William Walls, swears under the penalty of perjury that all the given information in this motion to proceed as a poor person is true and correct. And that the plaintiff will also stand before the court, here and now and there to 3-26-08.

WILLIAM WALLS / IDHS-TDF No. 852982
IDHS-TDF
R.R.1, Box 6A
RUSHVILLE, ILL. 62681.