UNITED STATES COURTS OF APPEALS FOR THE SEVENTH CIRCUIT

WILLIAM WALLS,                ) APPEAL FROM THE UNITED STATES DISTRICT
PLAINTIFF-APPELLANT.          ) COURTS FOR THE NORTHERN DISTRICT OF
                             ) ILLINOIS. EASTERN DIVISION.
No.           V.              )
                             ) No. 07-C-6828.                  **FILED**
TERRY WILLIAMS et al.        )
DEFENDANTS-APPELLEES         ) James F. Holderman
                             )
                                                        APR - 4 2008
                                                        Apr 4 2008
            MOTION FOR THE APPOINTMENT OF COUNSEL       MICHAEL W. DOBBINS
                                                       CLERK, U.S. DISTRICT COURT

Now comes, the appellant, pro-se; before this Honorable court
in the following cause for the Appointment of Counsel. And as such
the appellant would like to state the following;


(1). The appellant is detained at the Illinois Department of Human
Service, Treatment and Detention Facility.

(2). The appellant is a poor person who does not have the means
to pay for court cost or for the appointment of counsel.

(3). The appellant seeks to be represented by the appointment of counsel
With access to the court.

(4). That the appellant can not afford to pay for an attorney.

(5). The appellant is greatly limited to litigate and the issue's
involved are greatly complex and will require significant
reseach and investigation.

(6). A hearing on this will likely involve conflicting testimony
and counsel would better enable appellant to present evidence and
cross examine witnesses.

(7) That the appellate bring an extra ordinary complaint where the
merits of the case can be clearly seen and in the appellate favor.
The appellant bring his claim in good faith.

(8). That the appellate bring a complaint where his life and free-
dom is at stack, which give the appellant a great need for a att=
orney to protect him against those who are attempting to bring Death
to the appellant.

(9). That the appellant's financial statue's in his motion to
proceed as a poor person remains a true statement of his financial
situation.


Wherefore, the appellant request that this Honorable Court Grant
him the Appointment of counsel.

                              WILLIAM WALLS /Case No. B52982
                              IDHS-TDF
                              R.R,1. Box 6A
                              Rushville, Ill. 62681.
                1-of-1.