# United States Court of Appeals
### For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

FILED
APR 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4/14/08

07C6828

Dear Appeals Deputy,

I am enclosing a notice of appeal that was received by this court. I am enclosing this document for proper filing with your court. Please file the notice of appeal using our recieved stamp date pursuant to F.R.A.P. 4(d). Please make up and send us a short record in this case.

If you have already received this notice of appeal please disregard this document.

Sincerely,

Pro Se Clerk