

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

May 5, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: William Walls vs. Terry Williams

U.S.D.C. DOCKET NO. : 07cv6828

U.S.C.A. DOCKET NO. : 08-1913

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | **One Vol. Of Pleadings** |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

One Vol. Of Pleadings

In the cause entitled: William Walls vs. Terry Williams.

USDC NO.    : 07cv6828

USCA NO.    : 08-1913

   IN TESTIMONY WHEREOF, I hereunto subscribed my name
and affixed the seal of the aforesaid Court at Chicago, Illinois,
this 5th day of May, 2008.

      MICHAEL W. DOBBINS, CLERK

   By: _____
     A. Rone, Deputy Clerk

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06828
*Internal Use Only*

Walls v. Williams et al
Assigned to: Honorable James F. Holderman
Case in other court: 08-01913
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

William Walls     represented by   **William Walls**
#85292
Rushville – DHS
R.R. #1, Box 6A
Rushville, IL 62681
PRO SE

V.

**Defendant**

**Terry Williams**
*Capt., IDHS-TDF*

**Defendant**

**Pontiac**
*Capt., IDHS-TDF*

**Defendant**

**Scott**
*Capt., IDHS-TDF*

**Defendant**

**Jeffifer Blaesing**
*IDHS-TDF, Rehab Director*

**Defendant**

**Susan Kessinger**
*IDHS-TDF, Admin Assist.*

**Defendant**

**S. T.T. Bear**
*IDHS-TDF*

**Defendant**

**S. T.A. Drenning**
*IDHS-TDF*

**Defendant**

**R. T.A. Greenly**
*Ms., Will County Jail*

**Defendant**

**Ms. Kwaeeka**
*Will County Jail*

**Defendant**

**Sharon**
*Ms., Will County Jail*

Service List     represented by     Illinois Department of Human Services
Illinois Department of Human Services
General Counsel
100 West Randolph
6th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence – Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | 1 | RECEIVED Complaint and ten copies by William Walls (cdy, ) (Entered: 12/05/2007) |
| 12/04/2007 | 2 | CIVIL Cover Sheet (cdy, ) (Entered: 12/05/2007) |
| 12/04/2007 | 3 | MOTION by Plaintiff William Walls for leave to proceed in forma pauperis (Exhibits) (cdy, ) (Entered: 12/05/2007) |
| 12/04/2007 | 4 | MOTION by Plaintiff William Walls to appoint counsel (cdy, ) (Entered: 12/05/2007) |
| 12/04/2007 | 5 | POST MARKED envelope for initiating document by William Walls (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/13/2007 | 6 | LETTER from William Walls dated 12/5/07. (rbf, ) (Entered: 12/17/2007) |
| 01/03/2008 | 7 | LETTER from Plaintiff dated 12/30/2007. (gmr, ) (Entered: 01/08/2008) |
| 01/25/2008 | 8 | LETTER from William Walls dated 1/21/08. (gmr, ) (Entered: 01/29/2008) |

| | | |
|---|---|---|
| 02/05/2008 | 9 | MINUTE entry before Judge James F. Holderman : The Court denies Plaintiff's motion for leave to file in forma pauperis 3 and dismisses this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's motion for appointment of counsel 4 is denied as moot. Mailed notice (am) (Entered: 02/05/2008) |
| 02/05/2008 | | (Court only) Civil Case Terminated. (am) (Entered: 02/05/2008) |
| 02/21/2008 | 10 | MOTION by Plaintiff William Walls to alter or amend the judgment. (ef, ) (Entered: 02/25/2008) |
| 03/14/2008 | 11 | MINUTE entry before Judge Honorable James F. Holderman: Plaintiffs motion to alter or amend judgment 10 pursuant to Fed.R.Civ.P. 59(e) is denied. Mailed notice (cdy, ) (Entered: 03/17/2008) |
| 04/04/2008 | 12 | NOTICE of appeal by William Walls regarding orders 11 ifp pending. (air, ) Modified on 4/16/2008 (air, ). (Entered: 04/16/2008) |
| 04/04/2008 | 13 | DOCKETING Statement by William Walls regarding notice of appeal 12 . (air, ) (Entered: 04/16/2008) |
| 04/04/2008 | 14 | MOTION by Plaintiff William Walls for leave to appeal in forma pauperis. (air, ) (Entered: 04/16/2008) |
| 04/04/2008 | 15 | MOTION by Plaintiff William Walls to appoint counsel. (air, ) (Entered: 04/16/2008) |
| 04/04/2008 | 19 | POST MARKED envelope for notice of appeal by William Walls received from USCA 4/14/08 (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 04/14/2008 | 16 | LETTER from USCA dated 4/14/08. (air, ) (Entered: 04/16/2008) |
| 04/16/2008 | 17 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 12 . Notified counsel (air, ) (Entered: 04/16/2008) |
| 04/16/2008 | 18 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 04/16/2008) |
| 04/18/2008 | 20 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 12 ; USCA Case No. 08-1913. (gmr, ) (Entered: 04/21/2008) |
| 04/22/2008 | 21 | MINUTE entry before Judge Honorable James F. Holderman: Plaintiffs motion for leave to appeal in forma pauperis 14 is denied. The Court certifies that the appeal is not taken in good faith and orders Plaintiff to pay the appellate fees of $455 within 14 days or the Court of Appeals may dismiss his appeal for want of prosecution. The Clerk is directed to send a copy of this order to the trust fund officer at Rushville – DHS and the PLRA Attorney, U.S. Court of Appeals. Plaintiffs motion to appoint counsel 15 is denied without prejudice to Plaintiff making the motion to the Court of Appeals. Mailed notice. (rbf, ) (Entered: 04/23/2008) |
| 04/23/2008 | | (Court only) FORWARDED copy of order dated 4/22/08 to PLRA Attorney, U.S. Court of Appeals. (rbf, ) (Entered: 04/23/2008) |
| 04/23/2008 | | MAILED certified copy of order dated 4/22/08 to Trust Fund Officer at Rushville – DHS. (rbf, ) (Entered: 04/23/2008) |
| 04/25/2008 | 22 | CIRCUIT Rule 3(b) Notice. (kj, ) (Entered: 04/29/2008) |

 Key →   All circled items are included in record on appeal
All / items are not included in appeal
All S/C items are on a separate cover