

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 17, 2008

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

| | |
|---|---|
| WILLIAM WALLS,<br>　　　　Plaintiff-Appellant,<br><br>No. 08-1913　　　　　　v.<br><br>TERRY WILLIAMS, Captain, et al.,<br>　　　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6828<br>]<br>] James F. Holderman,<br>]　　　Chief Judge. |

Upon consideration of the motion for leave to proceed as a pauper on appeal, the district court's final order, and the record on appeal,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).

**F I L E D**

JUL 1 8 2008  Y M

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT