

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building  
Room 2722  219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 14, 2008

To:     Michael Dobbins  
        UNITED STATES DISTRICT COURT  
        Northern District of Illinois  
        Chicago, IL 60604-0000

**FILED**

AUG 1 5 2008  YM  
AUG 15 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| No.: 08-1913 | WILLIAM WALLS,<br>Plaintiff - Appellant<br><br>v.<br><br>TERRY WILLIAMS, Captain, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**  
District Court No: 1:07-cv-06828  **07-cv-6828**  
Northern District of Illinois, Eastern Division  
Court Reporter Colleen Conway  
Clerk/Agency Rep Michael Dobbins  
District Judge James Holderman

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | Circuit Rule 3(b) |
| STATUS OF THE RECORD: | record to be returned later |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____                    _____

form name: c7_Mandate (form ID: 135)