

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 14, 2008

**FILED**

AUG 1 5 2008  YM
Aug 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1913 | WILLIAM WALLS, Plaintiff - Appellant |
| --- | --- |
| | v. |
| | TERRY WILLIAMS, Captain, et al., Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:07-cv-06828
Northern District of Illinois, Eastern Division
Court Reporter Colleen Conway
Clerk/Agency Rep Michael Dobbins
District Judge James Holderman

This cause, docketed on April 16, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 137)

A True Copy,
Tester:

Clerk of the United States
Court of Appeals for the
Seventh Circuit