

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

August 29, 2008

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

**FILED**
SEP 03 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1913 | WILLIAM WALLS,<br>Plaintiff - Appellant<br><br>v.<br><br>TERRY WILLIAMS, Captain, et al.,<br>Defendants - Appellees |
|---|---|

District Court No: 1:07-cv-06828
Northern District of Illinois, Eastern Division
Court Reporter Colleen Conway
Clerk/Agency Rep Michael Dobbins
District Judge James Holderman

The mandate or agency closing letter in this cause issued on August 14th, 2008.
Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Pleadings: | 1 | *[signature]* |
|---|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-----------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** SEP 0 3 2008

**Received by:** *[signature]*

form name: c7_Record_Return_toDC (form ID: 205)